## Case No. 10,317.

### The NORTH CAROLINA.

[Blatchf. Pr. Cas. 645.] 1

Circuit Court, S. D. New York.  July 17, 1863.2

PRIZE—ENEMY PROPERTY.

Decree of the district court, condemning vessel and cargo as enemy property, affirmed.

[Cited in The Amy Warwick, Case No. 341.]

[Appeal from the district court of the United States for the Southern district of New York.

[The ship North Carolina was captured by the libelants, and was adjudged by the district court to be lawful prize of war, and was ordered to be condemned, with costs of the suit. Case No. 10,316a. From that decree the owners of the North Carolina appeal.]

NELSON, Circuit Justice.  This vessel was captured off Cape Henry, on the 14th of May, 1861, by the steamer Quaker City. Her owners were citizens and residents of the state of Virginia at the time.  She has been condemned as enemy property.  Decree below affirmed.  [Case No. 10,316a.]